# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:09-cv-00919-MJS- PC<br><br>ORDER TO SHOW CAUSE WHY PLAINTIFF'S IN FORMA PAUPERIS STATUS SHOULD NOT BE REVOKED PURSUANT TO 28 U.S.C. § 1915(G).<br><br>(Doc. 1)<br><br>RESPONSE DUE IN THIRTY DAYS |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1). This action proceeds on the original complaint filed on May 26, 2009.

    Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at Salinas Valley State Prison, brings this civil rights action against various correctional officials, a Deputy Attorney General, and the City of Fresno. Plaintiff also names judicial officers of the U.S. District Court for the Eastern District of California in Fresno. Plaintiff alleges that he has been subjected to a "criminal corruption conspiracy" for eleven years. Plaintiff makes vague allegations regarding his underlying criminal conviction (an illegal confession), as well as allegations regarding the dismissal of a civil suit.

    The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed

1  on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be
2  granted, unless the prisoner is under imminent danger of serious injury."
3        This plaintiff has, on three prior occasions, brought civil actions challenging the conditions
4  of his confinement.  <u>Davis v. Jordin</u>, 1:07 cv 00302 LJO DLB PC (East. Dist. Cal., March 13,
5  2009)(dismissed for failure to state a claim upon which relief could be granted); <u>Davis v City of San
6  Diego</u>, 08-1456 H (LSP)(So. Dist. Cal., September 10, 2008)(dismissed for failure to state a claim
7  upon which relief could be granted); <u>Davis v. Garcia</u>, 07-0140 BEN (POR)(So. Dist. Cal., August
8  10, 2007)(dismissed as frivolous).  Plaintiff is therefore not entitled to proceed in forma pauperis
9  unless he alleges facts that he is in imminent danger of serious injury.  There are no such facts
10 alleged in this case.
11       Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, within thirty days
12 of the date of service of this order, why his in forma pauperis status should not be revoked pursuant
13 to 28 U.S.C. § 1915(g), and plaintiff be directed to pay the $350 filing fee in full.  Plaintiff's failure
14 to respond to this order to show cause will result in dismissal of this action for plaintiff's failure to
15 obey a court order pursuant to Local Rule 11-110.

20 IT IS SO ORDERED.
21 Dated:   June 7, 2010                              /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE