# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAVIS, | CASE NO. 1:09-cv-919-MJS (PC) |
| Plaintiff, | ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE |
| v. | |
| CITY OF FRESNO, et al., | CLERK TO ENTER JUDGMENT |
| Defendants. | |
| _____/ | |

Plaintiff Bryan Davis, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the Magistrate Judge handling all matters in this action. (ECF No. 8.) On July 29, 2010, the Court issued an order revoking Plaintiff's in forma pauperis status pursuant to 28 U.S.C. § 1915(g) and ordering Plaintiff to pay the $350.00 filing fee in full by August 31, 2010.[1] Plaintiff was warned that failure to pay the filing fee by the deadline would result in dismissal of this action.

///

///

---

[1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

The following cases support the Court's finding that Plaintiff became subject to section 1915(g) prior to the date he filed this action: Davis v. Jordan, 1:07-cv-302-LJO-DLB (PC) (E.D. Cal, dismissed March 13, 2009 for failure to state a claim upon which relief could be granted); Davis v. City of San Diego, 09-cv-1456-H (LSP) (S.D. Cal., dismissed September 10, 2008 for failure to state a claim upon which relief could be granted); Davis v. Garcia, 07-140-BEN (POR) (S.D. Cal., dismissed August 10, 2007 as frivolous).

To date, Plaintiff has not paid the filing fee.  Accordingly, this action is HEREBY DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915g.

IT IS SO ORDERED.

Dated: September 10, 2010         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE